# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08-40935 KJM | Trustee: | (330530) Robert T. Bruegge |
| --- | --- | --- | --- |
| Case Name: | P AND K BUSINESS CORPORATION | Filed (f) or Converted (c): | 06/23/08 (f) |
| | | §341(a) Meeting Date: | 07/25/08 |
| Period Ending: | 09/30/09 | Claims Bar Date: | 11/14/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Parcel 1 Lots 20,28,29 etc.<br>property is subject to the Bank's lien | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Farmers State Bank etc. | 147.29 | 0.00 | DA | 0.00 | FA |
| 3 | Farmers State Bank etc. | 350.00 | 0.00 | DA | 0.00 | FA |
| 4 | Farmers State Bank etc. | 201.40 | 0.00 | DA | 0.00 | FA |
| 5 | Peoples National Bank etc. | 272.84 | 0.00 | DA | 0.00 | FA |
| 6 | Peoples National Bank etc. | 268.04 | 0.00 | DA | 0.00 | FA |
| 7 | Peoples National Bank etc. | 357.97 | 0.00 | DA | 0.00 | FA |
| 8 | Peoples National Bank etc.<br>actually negative value of -1022.32 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Accounts Receivables | 909,084.08 | 0.00 | DA | 0.00 | FA |
| 10 | Other contingent and unliquidated claims etc. | 2,782,911.40 | 0.00 | DA | 0.00 | FA |
| 11 | 2004 Dodge 3500 | 33,484.25 | 0.00 | DA | 0.00 | FA |
| 12 | 2006 Enclosed PACE Trailer<br>VIN 40LAB16226P127677 we have title | 6,600.00 | 6,600.00 | | 0.00 | 6,600.00 |
| 13 | 2007 Ford Carryall | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2007 Heartland Trailer<br>we have title | 1,095.00 | 1,095.00 | | 0.00 | 1,095.00 |
| 15 | 8 x 32 Mobile Office | 1,425.00 | 0.00 | DA | 0.00 | FA |
| 16 | Basement Trailer 16 | 1,684.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-40935 KJM  
**Case Name:** P AND K BUSINESS CORPORATION  
**Period Ending:** 09/30/09

**Trustee:** (330530)   Robert T. Bruegge  
**Filed (f) or Converted (c):** 06/23/08 (f)  
**§341(a) Meeting Date:** 07/25/08  
**Claims Bar Date:** 11/14/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Chevy Pickup - 1988 | 4,211.00 | 0.00 | DA | 0.00 | FA |
| 18 | Chevy Pickup - 1995 | 8,422.00 | 0.00 | DA | 0.00 | FA |
| 19 | Chevy Pickup - 1996 | 10,106.40 | 0.00 | DA | 0.00 | FA |
| 20 | Chevy Pickup - 1997 | 10,106.40 | 0.00 | DA | 0.00 | FA |
| 21 | Chevy Pickup - 1999 | 12,633.00 | 0.00 | DA | 0.00 | FA |
| 22 | Chevy Pickup - 2002 | 21,055.00 | 0.00 | DA | 0.00 | FA |
| 23 | Chevy Pickup - 2006 | 26,914.52 | 0.00 | DA | 0.00 | FA |
| 24 | Dodge - 2001 | 16,844.00 | 0.00 | DA | 0.00 | FA |
| 25 | Dodge Ram - 1997 | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 26 | Dovetail Trailer 24 | 4,211.00 | 0.00 | DA | 0.00 | FA |
| 27 | Enclosed Job Trailer 16 | 4,211.00 | 0.00 | DA | 0.00 | FA |
| 28 | Enclosed Job Trailer 20 | 6,737.60 | 0.00 | DA | 0.00 | FA |
| 29 | Enclosed Job Trailer 24 | 5,895.40 | 0.00 | DA | 0.00 | FA |
| 30 | Enclosed Job Trailer 26 | 8,422.00 | 0.00 | DA | 0.00 | FA |
| 31 | Equipment Trailer 16 | 1,684.40 | 0.00 | DA | 0.00 | FA |
| 32 | Equipment Trailer 18 | 2,526.60 | 0.00 | DA | 0.00 | FA |
| 33 | Flatbed Trailer 24 | 3,368.80 | 0.00 | DA | 0.00 | FA |
| 34 | Ford - 1969 | 2,526.60 | 0.00 | DA | 0.00 | FA |
| 35 | Ford F-150 4 Wheel Drive - 1998 | 5,500.00 | 5,500.00 | | 0.00 | 5,500.00 |

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 08-40935 KJM  
**Case Name:** P AND K BUSINESS CORPORATION  

**Period Ending:** 09/30/09  

**Trustee:** (330530) Robert T. Bruegge  
**Filed (f) or Converted (c):** 06/23/08 (f)  
**§341(a) Meeting Date:** 07/25/08  
**Claims Bar Date:** 11/14/08  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | we have title |  |  |  |  |  |
| 36 | Gooseneck Trailer 24 | 4,211.00 | 0.00 | DA | 0.00 | FA |
| 37 | Hallmark enclosed 8 x 16 T - 30<br>VIN 16HP16246H144420 we have title | 4,900.00 | 4,900.00 |  | 0.00 | 4,900.00 |
| 38 | International - 1989 | 21,055.00 | 0.00 | DA | 0.00 | FA |
| 39 | International - 1995 | 12,633.00 | 0.00 | DA | 0.00 | FA |
| 40 | International - 1997 | 25,266.00 | 0.00 | DA | 0.00 | FA |
| 41 | Mobile Office 8 x 32 | 736.25 | 0.00 | DA | 0.00 | FA |
| 42 | New Hallmark #58998<br>we have title | 3,194.37 | 3,194.37 |  | 0.00 | 3,194.37 |
| 43 | Tilt Trailer 10 | 842.20 | 0.00 | DA | 0.00 | FA |
| 44 | Utility Trailer - 16 | 842.20 | 0.00 | DA | 0.00 | FA |
| 45 | Utility Trailer 20 | 2,105.50 | 0.00 | DA | 0.00 | FA |
| 46 | Utility Trailer S - 29 | 2,760.00 | 0.00 | DA | 0.00 | FA |
| 47 | Office equipment, furnishings and supplies<br>all this property is subject to the Bank's lien | 391,042.92 | 0.00 | DA | 0.00 | FA |
| 47 | **Assets** **Totals** (Excluding unknown values) | **$4,440,345.43** | **$21,289.37** |  | **$0.00** | **$21,289.37** |

**Major Activities Affecting Case Closing:**

    11/15/09 Auction of trucks and trailers scheduled.  
    Hired Steve Wallace to pursue Chapter 5 action.

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-40935 KJM  
**Case Name:** P AND K BUSINESS CORPORATION  

**Period Ending:** 09/30/09

**Trustee:** (330530)    Robert T. Bruegge  
**Filed (f) or Converted (c):** 06/23/08 (f)  
**§341(a) Meeting Date:** 07/25/08  
**Claims Bar Date:** 11/14/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 7/30/09 Letter to Kruse - need to discuss bank account situation.<br>6/3/09 Tambia Cain ph 457-0437 - two lots are free and clear | | | | | |

**Initial Projected Date Of Final Report (TFR):** December 30, 2009    **Current Projected Date Of Final Report (TFR):** December 30, 2011

Printed: 10/30/2009 03:14 PM    V.11.50