## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: ) In Proceedings
    P AND K BUSINESS CORPORATION, ) Under Chapter 7
        Debtor(s). ) BK 08-40935

### TRUSTEE'S REPORT OF SALE

Now comes Robert T. Bruegge, Trustee in the above-referenced cause, and files this Report of Sale with the Court as follows:

1. Hertenstein Auction & Realty Co. conducted a public sale on November 14, 2009, for the sale of vehicles.

2. The vehicles were sold for the sum of Eleven Thousand Dollars ($11,000.00).

3. The Trustee incurred the following expenses of sale:

| | |
|---|---:|
| Auctioneer commission of five percent (5%) | $550.00 |
| Pickup fee | 620.00 |
| Advertising | 411.00 |
| 2 Batteries | 116.98 |
| Total Expenses and Auctioneer Fees | $1,697.98 |

4. Net proceeds to the bankruptcy estate were Nine Thousand Three Hundred Two and 02/100 Dollars ($9,302.02).

5. A copy of the Final Settlement is attached hereto and incorporated by reference.

Respectfully submitted this 2nd day of December, 2009.

                                                    Robert T. Bruegge, Trustee
                                                    400 St. Louis Street, Suite 2
                                                    Edwardsville, IL 62025
                                                    618-659-0495
                                                    618-659-0527 fax
                                                    rtbruegge@lawdept.net

## CERTIFICATE OF MAILING

I, the undersigned, certify that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List on the 2nd day of December, 2009.

                                                    Robert T. Bruegge

# FINAL SETTLEMENT  Date 111409

| | | |
|---|---|---|
| OWNER | P & K  08-40935 | Robert Bruegge, Trustee |
| ADDRESS | Moeller Road | |
| CITY/STATE | Marion, IL | |
| DATE OF SALE | 111409      SALE LOCATION | Hertenstein Auction Mt. Vernon, IL |
| AUCTIONEER | Roger Hertenstein/Hertenstein Auction Service | |
| CLERK | Judith Ann Harvey    CASHIER | Sandra Hertenstein |

**PROCEEDS OF SALE**

| | | |
|---|---|---|
| | Cash | $ |
| | Checks | $ 9,025.00 |
| | Other  Money Order | $ 1,975.00 |
| | TOTAL | $11,000.00 |

### SELLER'S EXPENSE

| | | |
|---|---|---|
| Auctioneer's Fee | 5% | $550.00 |
| Advertising (See attached) | Prorated 71% | $411.00 |
| Pickup Fee | Commercial Hauling-Charlie Douthit-P/U's | $200.00 |
| | 5 Trips to Marion $.42 mi. x $2.00 x 5 | $420.00 |
| Auction Day Assist | | $ |
| Pre-Auction Set Up | | $ |
| Auction Day Set Up | | $ |
| Other Expenses – Napa – 2-Batteries for pickup's | | $ 116.98 |
| **TOTAL SELLER'S SALE EXPENSE** | | **$1,697.98** |

I, (or we), the seller(s) of goods, merchandise, and/or Property sold at public auction on above date and location, acknowledge and accept this settlement of proceeds of sale. I (or we) agree to accept all responsibility for providing merchantable title to all goods, merchandise, and or prperty sold, and for delivery of title to the purchase.

GROSS PROCEEDS  $11,000.00

LESS CHARGES  $ 1,697.98

NET PROCEEDS  $ 9,302.02

_[signature]_ AUCTIONEER/CASHIER    _[signature]_ SELLER'S SIGNATURE

DATE  11/14/09      12-1-09

RECEIVED NOV 3 0 2009