# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-40935 KJM  
**Case Name:** P AND K BUSINESS CORPORATION  
**Period Ending:** 09/30/10

**Trustee:** (330530)    Robert T. Bruegge  
**Filed (f) or Converted (c):** 06/23/08 (f)  
**§341(a) Meeting Date:** 07/25/08  
**Claims Bar Date:** 11/14/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Parcel 1 Lots 20,28,29 etc.<br>    property is subject to the Bank's lien | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Farmers State Bank etc. | 147.29 | 0.00 | DA | 0.00 | FA |
| 3 | Farmers State Bank etc. | 350.00 | 0.00 | DA | 0.00 | FA |
| 4 | Farmers State Bank etc. | 201.40 | 0.00 | DA | 0.00 | FA |
| 5 | Peoples National Bank etc. | 272.84 | 0.00 | DA | 0.00 | FA |
| 6 | Peoples National Bank etc. | 268.04 | 0.00 | DA | 0.00 | FA |
| 7 | Peoples National Bank etc. | 357.97 | 0.00 | DA | 0.00 | FA |
| 8 | Peoples National Bank etc.<br>    actually negative value of -1022.32 | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Accounts Receivables | 909,084.08 | 0.00 | DA | 0.00 | FA |
| 10 | Other contingent and unliquidated claims etc. | 2,782,911.40 | 0.00 | DA | 0.00 | FA |
| 11 | 2004 Dodge 3500 | 33,484.25 | 0.00 | DA | 0.00 | FA |
| 12 | 2006 Enclosed PACE Trailer<br>    VIN 40LAB16226P127677 sold Goldman 12/2/09 title sent | 6,600.00 | 2,600.00 | | 2,600.00 | FA |
| 13 | 2007 Ford Carryall | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2007 Heartland Trailer<br>    sold Szczeblewski 12/2/09 title sent | 1,095.00 | 775.00 | | 775.00 | FA |
| 15 | 8 x 32 Mobile Office | 1,425.00 | 0.00 | DA | 0.00 | FA |
| 16 | Basement Trailer 16 | 1,684.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-40935 KJM
**Case Name:** P AND K BUSINESS CORPORATION

**Period Ending:** 09/30/10

**Trustee:** (330530)    Robert T. Bruegge
**Filed (f) or Converted (c):** 06/23/08 (f)
**§341(a) Meeting Date:** 07/25/08
**Claims Bar Date:** 11/14/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Chevy Pickup - 1988 | 4,211.00 | 0.00 | DA | 0.00 | FA |
| 18 | Chevy Pickup - 1995 | 8,422.00 | 0.00 | DA | 0.00 | FA |
| 19 | Chevy Pickup - 1996 | 10,106.40 | 0.00 | DA | 0.00 | FA |
| 20 | Chevy Pickup - 1997 | 10,106.40 | 0.00 | DA | 0.00 | FA |
| 21 | Chevy Pickup - 1999 | 12,633.00 | 0.00 | DA | 0.00 | FA |
| 22 | Chevy Pickup - 2002 | 21,055.00 | 0.00 | DA | 0.00 | FA |
| 23 | Chevy Pickup - 2006 | 26,914.52 | 0.00 | DA | 0.00 | FA |
| 24 | Dodge - 2001 | 16,844.00 | 0.00 | DA | 0.00 | FA |
| 25 | Dodge Ram - 1997 | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 26 | Dovetail Trailer 24 | 4,211.00 | 0.00 | DA | 0.00 | FA |
| 27 | Enclosed Job Trailer 16 | 4,211.00 | 0.00 | DA | 0.00 | FA |
| 28 | Enclosed Job Trailer 20 | 6,737.60 | 0.00 | DA | 0.00 | FA |
| 29 | Enclosed Job Trailer 24 | 5,895.40 | 0.00 | DA | 0.00 | FA |
| 30 | Enclosed Job Trailer 26 | 8,422.00 | 0.00 | DA | 0.00 | FA |
| 31 | Equipment Trailer 16 | 1,684.40 | 0.00 | DA | 0.00 | FA |
| 32 | Equipment Trailer 18 | 2,526.60 | 0.00 | DA | 0.00 | FA |
| 33 | Flatbed Trailer 24 | 3,368.80 | 0.00 | DA | 0.00 | FA |
| 34 | Ford - 1969 | 2,526.60 | 0.00 | DA | 0.00 | FA |
| 35 | Ford F-150 4 Wheel Drive - 1998 | 5,500.00 | 1,975.00 | | 1,975.00 | FA |

## Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-40935 KJM  
**Case Name:** P AND K BUSINESS CORPORATION  
**Period Ending:** 09/30/10

**Trustee:** (330530)    Robert T. Bruegge  
**Filed (f) or Converted (c):** 06/23/08 (f)  
**§341(a) Meeting Date:** 07/25/08  
**Claims Bar Date:** 11/14/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | sold Dan Robinson 12/2/09 title sen usm | | | | | |
| 36 | Gooseneck Trailer 24 | 4,211.00 | 0.00 | DA | 0.00 | FA |
| 37 | Hallmark enclosed 8 x 16 T - 30<br>  VIN 16HP16246H144420 sold Rightnowar 12/2/09 title sent | 4,900.00 | 1,550.00 | | 1,550.00 | FA |
| 38 | International - 1989 | 21,055.00 | 0.00 | DA | 0.00 | FA |
| 39 | International - 1995 | 12,633.00 | 0.00 | DA | 0.00 | FA |
| 40 | International - 1997 | 25,266.00 | 0.00 | DA | 0.00 | FA |
| 41 | Mobile Office 8 x 32 | 736.25 | 0.00 | DA | 0.00 | FA |
| 42 | New Hallmark #58998<br>  sold to Leslie Erb 12/2/09 title sent usm | 3,194.37 | 1,100.00 | | 1,100.00 | FA |
| 43 | Tilt Trailer 10 | 842.20 | 0.00 | DA | 0.00 | FA |
| 44 | Utility Trailer - 16 | 842.20 | 0.00 | DA | 0.00 | FA |
| 45 | Utility Trailer 20 | 2,105.50 | 0.00 | DA | 0.00 | FA |
| 46 | Utility Trailer S - 29 | 2,760.00 | 0.00 | DA | 0.00 | FA |
| 47 | Office equipment, furnishings and supplies<br>  all this property is subject to the Bank's lien | 391,042.92 | 0.00 | DA | 0.00 | FA |
| 48 | Chapter 5 preference and setoff action  (u) | 150,000.00 | 150,000.00 | | 0.00 | 150,000.00 |
| 49 | 1989 Ford F350 VIN 1FDKF37H9KNB59489  (u)<br>  sold Szczeblewski 12/2/09 title sent | 2,500.00 | 1,025.00 | | 1,025.00 | FA |
| 50 | 2006 Homemade trailer VIN 16HPB16ZZ6H143394  (u) | 1,000.00 | 1,975.00 | | 1,975.00 | FA |

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-40935 KJM  
**Case Name:** P AND K BUSINESS CORPORATION  

**Period Ending:** 09/30/10

**Trustee:** (330530)   Robert T. Bruegge  
**Filed (f) or Converted (c):** 06/23/08 (f)  
**§341(a) Meeting Date:** 07/25/08  
**Claims Bar Date:** 11/14/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | sold Threewitt 12/2/09 title sent | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 4.53 | Unknown |
| 51 | **Assets** **Totals** (Excluding unknown values) | **$4,593,845.43** | **$161,000.00** | | **$11,004.53** | **$150,000.00** |

**Major Activities Affecting Case Closing:**

    8/24/10 Forwarded Treasury Notice to George Kruse  
    Steve Wallace is handling preference action against numerous defendants.  
    8/11/10 Pretrial conference @ 9 Benton - complaint to avoid transfers, etc.  
    Rec. $11,000.00 for vehicles. 12-2-09 titles mailed.

**Initial Projected Date Of Final Report (TFR):** December 30, 2009       **Current Projected Date Of Final Report (TFR):** December 30, 2011